IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00304-WYD-KLM

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

CHRIS D. HANSON,

    Defendant.

## ORDER

THIS MATTER having come before the Court on the parties' Amended Stipulation for Dismissal, filed April 11, 2008 (docket #15), and the Court being fully advised in the premises therefore, it is hereby

ORDERED the Amended Stipulation for Dismissal, filed April 11, 2008 (docket #15) is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** with each party to pay its own costs and attorneys' fees.

    Dated: April 18, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge